## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------
                                    :
MARK I RESTORATION SVC,             :        CIVIL ACTION
                                    :
                                    :
              Plaintiff,            :
                                    :        NO. 02-3729
       vs.                          :
ZURICH (properly ASSURANCE          :
COMPANY OF AMERICA),                :
                                    :
              Defendant.            :
-------------------------------------------------
```

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT
### PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant, Assurance Company of America, by and through its attorneys, Christie, Pabarue, Mortensen and Young, A Professional Corporation, hereby moves this Honorable Court for dismissal of all claims pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the accompanying Memorandum of Law.

CHRISTIE, PABARUE, MORTENSEN and YOUNG,
A Professional Corporation


By:_____
JAMES W. CHRISTIE (I.D. No. 12068)
WILLIAM F. MCDEVITT (I.D. No. 80206)
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103
(215) 587-1600

Attorneys for Defendant,
Assurance Company of America
(improperly named as "Zurich")

Dated: August 9, 2002