**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK I RESTORATION SVC, | : | CIVIL ACTION |
| | : | |
| **Plaintiff,** | : | |
| | : | NO. 02-3729 |
| vs. | : | |
| ZURICH (properly ASSURANCE COMPANY OF AMERICA), | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this ___ day of _____, 2002, upon consideration of Defendant, Assurance Company of America's Motion to Dismiss the Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and any response thereto, it is hereby **ORDERED** that said motion is **GRANTED.**

It is further **ORDERED** that Plaintiff's Complaint is hereby dismissed with prejudice.

                                             **BY THE COURT:**

                                             _____

                                                               **J.**