IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK I RESTORATION SVC,** | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO.   02-CV-3729 |
| **ZURICH,** | : | |
| **Defendant** | : | |

**O R D E R**

AND NOW, this 18th day of September, 2002, upon consideration of the Defendant's Motion for Leave to File Reply Memorandum [5], it is hereby ORDERED that Defendant's motion is GRANTED.  Defendant shall file its Reply Memorandum within five (5) days of the date of this Order.

BY THE COURT:

_____
**CYNTHIA M. RUFE,  J.**