IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK I RESTORATION, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| ZURICH | : | |
| (HEREAFTER, ASSURANCE | : | |
| COMPANY OF AMERICA) | : | |
| | : | |
| | : | |
| Defendant, | : | NO. 02-3729 |

## STIPULATION TO SUBSTITUTE PROPER PARTY AS DEFENDANT

WHEREAS, plaintiff filed the instant action against, and named, and served as a defendant an entity referred to as "Zurich", with an address in Schaumberg, Illinois:

WHEREAS, plaintiff seeks a declaratory judgment and other relief as a result of a claim tendered by plaintiff as the policyholder under a commercial liability policy;

WHEREAS, the commercial liability policy was issued by Assurance Company of America, which is a wholly-owned subsidiary of Maryland Casualty Company, which, in turn, is a subsidiary of Zurich American Insurance Company;

WHEREAS, Assurance Company of America is a New York corporation, having its principal place of business in Illinois.

385584_1

IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their undersigned counsel, as follows:

1. Assurance Company of America is hereby substituted for Zurich as the proper party defendant;

2. All references in the Complaint to Zurich refer instead to Assurance Company of America;

3. Assurance Company of America has been properly served and will not require any modification to the schedule in this case; and

4. Zurich shall be dismissed from this case.

MAYERS, MENNIES & SHERR, LLP

By: _____
ANTHONY R. SHERR
Atty. I.D. No.:
3031 Walton Road, Building A
Suite 330, P.O. Box 1547
Blue Bell, PA 19422
(610) 825-0300

Attorney for Plaintiff,
Mark I Restoration
Dated: September 25, 2002

CHRISTIE, PABARUE, MORTENSEN and YOUNG
A Professional Corporation

By: _____
JAMES W. CHRISTIE
Atty. I.D. No.: 12068
1880 JFK Blvd., 10th Floor
Philadelphia, PA 19103
(215) 587-1678

Attorney for Defendant,
Assurance Company of America
(improperly named as Zurich)
Dated: August 2, 2002

SO ORDERED:

_____
J.