IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK I RESTORATION SVC,** | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO.   02-CV-3729 |
| **ZURICH,** | : | |
| **Defendant** | : | |

### O R D E R

AND NOW, this 4th day of October, 2002, upon consideration of the Stipulation to Substitute Proper Party as Defendant [8], attached hereto, it is hereby ORDERED that the Clerk of Courts shall remove "Zurich" from the case caption, and substitute in its place "Assurance Company of America" as the proper party defendant.  Accordingly, it is further ORDERED:

1. Defendant Zurich is DISMISSED from this case;

2. All references in the Complaint to "Zurich" refer instead to "Assurance Company of America";

3. Assurance Company of America shall comply with this Court's October 3, 2002 Order [9] requiring counsel to appear at a scheduling conference before the Honorable Cynthia M. Rufe on October 24, 2002, at 2 p.m.

BY THE COURT:

_____
**CYNTHIA M. RUFE,  J.**