IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

NO. 02-3729

| | | |
|---|---|---|
| MARK I RESTORATION SVC | : | CIVIL ACTION |
| | : | JURY TRIAL DEMANDED |
| vs. | : | |
| | : | |
| ASSURANCE COMPANY OF AMERICA | : | NOTICE OF APPEAL |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Mark I Restoration SVC , hereby appeals to the United States Court of Appeals for the Third Circuit from an Order dismissing Plaintiff's Complaint with Prejudice entered in this action on the 12th day of March 2003.

**MAYERS, MENNIES & SHERR, LLP**

BY:_____
ANTHONY R. SHERR, ESQUIRE
Attorney for Plaintiff

3031 Walton Road, Building A
Suite 330, P.O. Box 1547
Blue Bell, PA 19422-0440
(610) 825-0300
Fax (610) 825-6555