IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK I RESTORATION SVC

                                                02-3729
                                                District Court Docket Number

vs.

ASSURANCE COMPANY OF AMERICA

Notice of Appeal Filed 4/14/03
Court Reporter(s)/ESR Operator(s)          NONE

Filing Fee:
       Notice of Appeal _X_ Paid __ Not Paid    __ Seaman
       Docket Fee         _X_ Paid __ Not Paid    __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

Defendant's Address (for criminal appeals)

_____
_____
_____

                                              Prepared by :_____
                                                       ANN MURPHY
                                                 Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm