IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK I RESTORATION SVC,**<br>Plaintiff | : <br> : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION<br>NO.   02-3729 |
| **ASSURANCE COMPANY OF AMERICA,**<br>Defendant | : <br> : <br> : <br> : | |

## ORDER

**AND NOW**, this 28th day of May, 2003, it is hereby **ORDERED** that Defendant shall file a response to Plaintiff's Motion for Extension of Time [Doc. # 14].  If Defendant fails to respond to Plaintiff's Motion on or before June 5, 2003, the Court shall consider Plaintiff's Motion to be uncontested.

It is so **ORDERED**.

BY THE COURT:

_____
**CYNTHIA M. RUFE,  J.**